UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

UNITED STATES OF AMERICA

v.  Case No. 6:00-cr-97-Orl-37GJK-3

LUIS JIMENEZ.

## **ORDER**

On November 17, 2000, U.S. District Judge Patricia C. Fawsett sentenced Defendant Luis Jimenez to a term of 100 months imprisonment and four years of supervised release. (Docs. 200, 205.) Judge Fawsett later reduced the term of imprisonment to 73 months, but left the term of supervised release undisturbed. (Doc. 278.) The case was later reassigned to the Undersigned. (Doc. 382.) Proceeding *pro se*, Defendant now requests early termination of his term of supervised release. (Doc. 383.) On the Court's direction (Doc. 385), the Government conferred with Defendant's probation officer and responded to the motion, indicating its opposition thereto. (Doc. 386.)

After considering the factors set forth in 18 U.S.C. § 3553(a), the Court may terminate a term of supervised release after the expiration of one year. 18 U.S.C. § 3583(e)(1). However, before doing so, the Court must be satisfied that such action is warranted by the conduct of the defendant and the interest of justice. *Id.*; *see also United States v. Perry*, 397 F. App'x 521, 522 (11th Cir. 2010). Ultimately, modification of a term of supervised release is a matter of discretion. *Perry*, 397 F. App'x at 522.

Upon consideration of the motion, response, and the relevant statutory factors, the Court declines to terminate Defendant's term of supervised release prior to its expiration. Accordingly, it is **ORDERED AND ADJUDGED** that Defendant Luiz Jimenez's Motion for Early Termination of Probation (Doc. 383) is **DENIED**.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on August 28, 2017.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record